# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-66378

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>James C. Judkins<br><br>Debtor.<br><br>Wells Fargo Home Mortgage<br>          Movant,<br>  vs.<br><br>James C. Judkins, Debtor; Anthony H. Mason, Trustee.<br><br>          Respondents. | No. 2:08-bk-11019-SSC<br><br>Chapter 7<br><br>MOVANT'S AMENDED MOTION TO LIFT THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE: Real Property Located at<br>11 Durango Dr.<br>Happy Jack, AZ 86024 |

    Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtors by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

    This motion is supported by the attached Memorandum of Points and Authorities, which is

incorporated herein by this reference.

DATED this 24th day of February, 2010.

Respectfully submitted,

TIFFANY & BOSCO, P.A.

BY /s/ MSB # 010167
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant

MEMORANDUM OF POINTS AND AUTHORITIES

James C. Judkins filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Anthony H. Mason was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Coconino County, AZ, more particularly described as:

Lot 11, of TAMARRON PINES PHASE ONE, as shown on the plat thereof recorded in Case 8, Maps 4-4B, inclusive, records of Coconino County, Arizona.

Debtor executed a Note secured by a Deed of Trust, dated December 4, 2006, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference.

The Note and Deed of Trust reflect Vista Mortgage Services as "Lender". Upon information and belief that Vista Mortgage Services is no longer in business and is not in possession of the custodial file. Pursuant to the terms of the Note and Deed of Trust Mortgage Electronic Registration Systems, Inc. "MERS" is a separate Corporation that is acting as nominee for Vista Mortgage Services..

The Note and the beneficial interest in the Deed of Trust is currently held by Wells Fargo Home Mortgage. A true and correct copy of the Assignment of Deed of Trust is attached hereto as Exhibit "C" and incorporated herein by reference.

Debtor are in default on his obligation to Movant for which the property is security, and payments are due under the Promissory Note from and after September 1, 2008.

Debtor is currently in default and contractually due for September 1, 2008. The current default amount is set forth below:

| | |
|---|---|
| **18 Monthly Payments(s) at $2,080.11** <br> **(September 1, 2008 - February 1, 2010)** | **$37,441.98** |
| **Corporate Advance** | **$1,989.00** |
| **Foreclosure Fees and Costs** | **$1,749.00** |
| **Motion for Relief Filing Fee** | **$150.00** |
| **Attorneys Fees** | **$800.00** |
| **Accrued Late Fees** | **$2,452.29** |
| **Total** | **$44,582.27** |

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 11 Durango Dr., Happy Jack, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, his bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain

…

…

…

…

…

ownership, possession and control of the Property.

DATED this 24th day of February, 2010.

TIFFANY & BOSCO, P.A.

By /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant