# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

08-66378

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>James C. Judkins<br><br>      Debtor.<br>_____<br>Wells Fargo Home Mortgage<br>      Movant,<br>  vs.<br><br>James C. Judkins, Debtor; Anthony H. Mason, Trustee.<br><br>      Respondents. | No. 2:08-bk-11019-SSC<br><br>Chapter 7<br><br>NOTICE OF FILING AMENDED MOTION FOR RELIEF<br>FROM THE AUTOMATIC STAY AND REQUIREMENT TO FILE<br><br>RE: Real Property Located at<br>11 Durango Dr.<br>Happy Jack, AZ 86024 |

      NOTICE IS HEREBY GIVEN that the above Movant has filed a motion requesting relief from the automatic stay, the details of which are as follows:

Movant asserts that there is no equity in the property, which is the subject of the Motion for Relief from Stay, and/or Respondent has not provided Movant with adequate protection with respect to such property. Therefore, Movant is entitled to an Order Lifting Stay with respect to such property.

      FURTHER NOTICE IS HEREBY GIVEN that pursuant to Local Bankruptcy Rule 4001 if no objection is filed with the court and a copy served on Movant whose address is:

Wells Fargo Home Mortgage
c/o Mark S. Bosco, Esq.
2525 East Camelback Road, Suite 300
Phoenix, Arizona 85016

WITHIN 14 DAYS of service of the motion, the motion for relief from the automatic stay may be granted without further hearing.

FINALLY, Movant's Counsel certifies that a letter was not sent seeking to resolve the issues necessitating the motion, as the Debtor has indicated that they are surrendering their interest in the property or the property is not the Debtor's main residence.

DATED this 24th day of February, 2010.

TIFFANY & BOSCO, P.A.


By /s/ MSB # 010167
    Mark S. Bosco
    Leonard J. McDonald
    Attorneys for Movant

Copy of the foregoing was
mailed on February 24, 2010, to:

James C. Judkins
5715 E. Wilshire Drive
Scottsdale, AZ  85257
Debtor

Allen & Sala, P.L.C.
1850 N. Central Ave., #1150
Phoenix, AZ  85004
Attorney for Debtor

Anthony H. Mason
P.O. Box 4427
Phoenix, AZ  85030
Trustee

1. AmTrust Bank
   P.O. Box 790376
2. Saint Louis, MO 63179-0376

3. U.S. Trustee
4. 230 North 1st Avenue, Suite 204
   Phoenix, AZ 85003-1706

5.
   By: Julie Purvis